**HASBANI & LIGHT, P.C.**
Rafi Hasbani, Esq.
*Counsel for Plaintiff*
450 Seventh Avenue, Suite 1408
New York, New York 10123
Tel: (646) 490-6677

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GUSTAVIA HOME, LLC,

                   **NOTICE OF VOLUNTARY**
                   **DISCONTINUANCE**
                   Case No. 1:18-cv-06800-FB-SJB

           Plaintiff,

         -against-

CRIMINAL COURT OF THE CITY OF NEW YORK, FV-1, INC., IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, TRANSIT ADJUDICATION BUREAU,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s)GUSTAVIA HOME, LLC and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants CRIMINAL COURT OF THE CITY OF NEW YORK; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY ENVIRONMENTAL CONTROL

BOARD, and TRANSIT ADJUDICATION BUREAU.

Dated: New York, New York
      January 31, 2019            BY:   */s/Rafi Hasbani*
                                                  Danielle P. Light, Esq.
                                                  *Attorneys for Gustavia Home, LLC*