Rafi Hasbani, Esq.
*Counsel for Plaintiff*
450 Seventh Avenue, Suite 1408
New York, New York 10123
Tel: (646) 490-6677

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GUSTAVIA HOME, LLC,

              Case No. 1:18-cv-06800-FB-SJB

      Plaintiff,

    -against-

CRIMINAL COURT OF THE CITY OF NEW YORK, FV-1, INC., IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, TRANSIT ADJUDICATION BUREAU,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

  1.  I am an attorney with Hasbani & Light, P.C., attorneys for the Plaintiff GUSTAVIA HOME, LLC, in the matter. As such, I am fully familiar with the facts of this case.

  2.  I have submitted a memorandum of law in opposition to Defendant FV-1, INC., IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC's ("Defendant"), motion to dismiss.

  3.  Attached hereto as **Exhibit A** is a copy of the complaint filed on November 29, 2018.

4. Attached hereto as Exhibit B is a copy of Defendant's discovery responses in the State Court Action.

I declare under the penalties of perjury that the foregoing is true and correct.

Dated: New York, New York
March 8, 2019

                                                HASBANI & LIGHT, P.C.

                                                */S/Rafi Hasbani*_____
Rafi Hasbani, Esq.
Attorneys for the Plaintiff
450 Seventh Ave, Suite 1408
New York, NY 10123
(646) 490-6677