# GreenspoonMarder LLP

Wendy Michael, Partner
IBM Building
590 Madison Avenue, Suite 1800
New York, NY 10022
Phone: 212.524.5000
Fax: 212.524.5050
Direct Phone: 212.524.5004
Direct Fax: 212.524.5050
Email: wendy.michael@gmlaw.com

May 23, 2019

**Via ECF**

Hon. Frederic Block
United States District Court for the Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

Re:   **Gustavia Home LLC. v. FV-1, Inc., in Trust for Morgan Stanley Mortgage Capital Holdings, Case Number 18-cv-6800 FB-SJB**
      **GM File 44444.0129**

Hon. Frederic Block:

We represent Defendant, FV-1, Inc., in Trust for Morgan Stanley Mortgage Capital Holdings ("Defendant") in the above-referenced matter. Pursuant to Your Honor's pre-motion conference held on May 17, 2019, the parties have agreed on the following briefing schedule on Defendant's motion to stay or dismiss.

Defendant is to serve any supplemental initial brief by June 21, 2019; Plaintiff is to serve any supplemental opposition by July 12, 2019; and Defendant is to serve any supplemental reply by July 29, 2019. Based upon the foregoing, Defendant will file the fully briefed motion according to Your Honor's motion rules on July 29, 2019.

FOR THE FIRM
Very truly yours,

Wendy Michael, Esq.

cc:  Rafi Hasbani, Esq. (via ECF and email)