

Rafi Hasbani, Esq.

450 Seventh Ave
Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
rhasbani@hasbanilight.com

July 19, 2019

**VIA ECF**
Judge Frederic Block
United States District Court, EDNY
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      **RE:** *Gustavia Home, LLC v. Criminal Court of New York, et al.*
            **Case No.: 18-cv-06800(FB)(SJB)**
            **Request For Mediation**

Dear Judge Block,

We represent the Plaintiff Gustavia Home, LLC in the above entitled matter. We would like to explore settlement options with the Defendant FV-1, Inc. Trust For Morgan Stanley Mortgage Capital Holdings LLC ("Defendant"). As such, Plaintiff respectfully requests that this case be referred to the mediation program.

                                            Respectfully,

                                            */s/ Rafi Hasbani*

cc:    Greenspoon Marder, LLP
         *Counsel for Defendant*
         590 Madison Avenue, Ste 1800
         New York, NY 10022