# GreenspoonMarder LLP

Wendy Michael, Partner
590 Madison Avenue, Suite 1800
New York, NY 10022
Phone: 212.524.5000
Fax: 212.524.5050
Direct Phone: 212.524.5004
Email: wendy.michael@gmlaw.com

July 24, 2019

**Via ECF**

Judge Frederic Block
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Gustavia Home LLC. v. FV-1, Inc., in Trust for Morgan Stanley Mortgage Capital Holdings, Case Number 18-cv-6800 FB-SJB
            GM File 44444.0129

Dear Hon. Frederic Block:

We represent Defendant, FV-1, Inc., in Trust for Morgan Stanley Mortgage Capital Holdings ("Defendant" or "FV-1") in the above-referenced matter.

Regarding the letter filed by Plaintiff, Gustavia Home, LLC, on July 19, 2019, Defendant consents to referring this case to the mediation program.

                            Very truly yours,

                            GREENSPOON MARDER LLP

                            Wendy Michael

cc: Rafi Hasbani, Esq. (via ECF and email)