UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GUSTAVIA HOME, LLC,

                    Plaintiff,

vs.                                       18-cv-6800 FB-SJB

CRIMINAL COURT OF THE CITY OF NEW      **NOTICE OF MOTION**
YORK, FV-1, INC., IN TRUST FOR MORGAN
STANLEY MORTGAGE CAPITAL HOLDINGS,
NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,
TRANSIT ADJUDICATION BUREAU,

                    Defendants.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the annexed affirmation of Wendy Michael, Esq., dated February 8, 2019, and accompanying memorandum of law, dated February 8, 2019, being simultaneously served on counsel for Plaintiff, Gustavia Home, LLC, by counsel for Defendant FV-1, INC., IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS ("Defendant"), Defendant will move this Court in the United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a time to be set by the Court, pursuant to Fed. R. Civ. P. 12(b)(1), for an order staying or dismissing the Complaint in its entirety, together with such other and further relief as this Court deems just and proper.

Dated: New York, New York
February 8, 2019

                                            GREENSPOON MARDER LLP

                                            /s/ Wendy Michael
                                            Wendy Michael
                                            590 Madison Avenue, 18th Floor
                                            New York, New York 10022
                                            (212) 524-5000

                                            *Attorneys for Defendant*
                                            *FV-1, INC., IN TRUST FOR MORGAN*
                                            *STANLEY MORTGAGE CAPITAL*
                                            *HOLDINGS*

To:    Danielle Paula Light, Esq.
        HASBANI & LIGHT, PC
        450 Seventh Avenue
        Suite 1408
        New York, NY 10123
        646-490-6677
        Fax: 347-491-4048
        Email: dlight@hasbanilight.com

        *Attorneys for Plaintiff*
        *Gustavia Home, LLC*