**JPMorgan Chase & Co.**

| | |
|---|---|
| Post date: | 12/30/2019 |
| Amount: | $ 575.00 |

| | |
|---|---|
| Account: | [redacted] |
| Check Number: | 1282 |

1282

**Hasbani & Light, P.C.**
450 Seventh Avenue, Suite 1408
New York, NY 10123
(212) 643-6677

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
1-2/210

12/16/2019

PAY TO THE ORDER OF: GreenspoonMarder LLP         $ **575.00

Five hundred seventy-five and 00/100************************************************ DOLLARS

GreenspoonMarder LLP
590 Madison Avenue, Suite 1800
New York, NY 10022

MEMO

AUTHORIZED SIGNATURE

⑈001282⑈ ⑆021000021⑆

Endorse here for RDC at CNB Only
Greenspoon Marder
Operating

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

© 2016 JPMorgan Chase & Co.

2